John J. Belanger, Esq., State Bar No. 021671
jbelanger@bremerwhyte.com
Ryan S. Leibel, Esq., State Bar No. 037068
rleibel@bremerwhyte.com
BREMER WHYTE BROWN & O'MEARA LLP
8950 South 52nd Street, Suite 201
Tempe, AZ 85284
Telephone:  (602) 274-1204
Facsimile:   (602) 274-1205

Attorneys for Defendant,
Costco Wholesale Corporation

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Dora Uriarte, | Case No. |
| Plaintiff, | **NOTICE OF REMOVAL** |
| vs. | |
| Costco Wholesale Corporation, | |
| Defendant. | |

Defendant Costco Wholesale Corporation ("Costco"), hereby gives Notice that it is removing this action from Maricopa County Superior Court to the United States District Court for the District of Arizona pursuant to 28 U.S.C. §§ U.S.C. 1332, 1441, and 1446 for the following reasons:

**A.    THIS COURT HAS DIVERSITY JURISDICTION PURSUANT TO 28 U.S.C. § 1332**

The Court determines diversity jurisdiction at the time of removal. *See St. Paul Mercury Indemnity Co. v. Red Cab Co.*, 303 U.S. 283, 292 (1938).  A defendant seeking removal has the burden to establish this Court's jurisdiction. *See Geographic Expeditions, Inc. v. Estate of Lhotka*, 599 F.3d 1102, 1107 (9th Cir. 2010).

/ / /

/ / /

BREMER WHYTE BROWN & O'MEARA LLP
8950 SOUTH 52ND STREET
SUITE 201
TEMPE, AZ 85284
(602) 274-1204

1491.042  4855-8477-9631.2

### 1. There is Complete Diversity Among the Legitimate Parties.

(a) Plaintiff Dora Uriarte is an individual residing in the State of Arizona. *See* Complaint, CV2022-012364, Superior Court of Arizona, Maricopa County, ¶ 1. Plaintiff thus is a citizen of Arizona for purposes of 28 U.S.C. § 1332(a).

(b) Defendant Costco is a Washington corporation with its principal place of business in Issaquah, Washington. Costco, therefore, is a citizen of Washington for purposes of 28 U.S.C. § 1332(a).

### 2. The Amount in Controversy Exceeds $75,000.00.

With the initial Complaint, which Plaintiff filed on September 19, 2022, Plaintiff certified that she sought less than $50,000.00 *See* Certificate of Compulsory Arbitration, CV2022-012364, Superior Court of Arizona, Maricopa County; *see also* Ariz. R. Civ. P. 72. On May 24, 2023, Plaintiff disclosed $54,113.00 in alleged future medical care. Said disclosure increased Plaintiff's total past and future medical expenses to approximately $70,000.00. On July 5, 2023, Plaintiff conveyed a settlement demand of $105,903.00. Until Plaintiff's July 5, 2023 demand, Plaintiff had not conveyed a settlement demand in excess of $50,000.00. Accordingly, the amount in controversy exceeds the minimum requirement for diversity jurisdiction.

### 3. Costco Has Met Its Burden.

Based on the foregoing, complete diversity of citizenship exists, and Costco has established by a preponderance of the evidence that the amount in controversy exceeds $75,000.00. 28 U.S.C. § 1446(b)(2); *see also Geographic Expeditions, Inc. v. Estate of Lhotka,* 599 F.3d 1102, 1107 (9th Cir. 2010). As such, Costco has met its burden to establish jurisdiction of this Court.

**B. THIS NOTICE OF REMOVAL IS TIMELY AND COMPLIES WITH THE STATUTORY REQUIREMENTS.**

A notice of removal must be filed within 30 days of the date on which the case first became removable. 28 U.S.C. § 1446(b)(3). Here, Plaintiff filed the Complaint in Maricopa County Superior Court on September 19, 2022. With the Complaint,

BREMER WHYTE BROWN & O'MEARA LLP
8950 SOUTH 52ND STREET
SUITE 201
TEMPE, AZ 85284
(602) 274-1204

2

1491.042  4855-8477-9631.2

1  Plaintiff filed a Certificate of Compulsory Arbitration in which Plaintiff certified that
2  she was seeking less than $50,000.00 in damages.  Thus, the Complaint was not
3  initially removable.  As noted above, Plaintiff conveyed a demand on July 5, 2023 in
4  the amount of $105,903.00.  Prior to July 5, 2023, Plaintiff had not conveyed a demand
5  in excess of $50,000.00.  Accordingly, this matter did not become removable until July
6  5, 2023, after which Costco was afforded 30 days to file this Notice of Removal.

7  Pursuant to 28 U.S.C. § 1446(d) and LRCiv 3.7(a), Costco has filed a copy of
8  this Notice of Removal with the Superior Court of Arizona, Maricopa County and
9  served it on Plaintiff.

10  Pursuant to 28 U.S.C. § 1446(a), copies of the documents filed in the state court
11  are attached as Exhibit A.

12  WHEREFORE, Costco gives notice that the action pending against it in the
13  Superior Court of Arizona, Maricopa County, has been removed to the United States
14  District Court for the District of Arizona, Phoenix Division.

15  Dated:  July 24, 2023          BREMER WHYTE BROWN & O'MEARA LLP

By: */s/ John Belanger*
John J. Belanger, Esq.
Ryan S. Leibel, Esq.
Attorneys for Defendant
Costco Wholesale Corporation

BREMER WHYTE BROWN &
O'MEARA LLP
8950 SOUTH 52ND STREET
SUITE 201
TEMPE, AZ  85284
(602) 274-1204

3

1491.042  4855-8477-9631.2

# **CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants, as well as e-mailed a copy as follows:

slgarizona@gmail.com
Eric W. Schmidt
The Schmidt Law Group, P.C.
10869 N. Scottsdale Rd., Ste. 103-155
Scottsdale Arizona 85254
*Attorneys for Plaintiff*

By: */s/ DD Waldron*

BREMER WHYTE BROWN & O'MEARA LLP
8950 SOUTH 52ND STREET
SUITE 201
TEMPE, AZ 85284
(602) 274-1204

4

1491.042  4855-8477-9631.2