| | |
|---|---|
| Name | John J. Belanger |
| Bar # | 021671 |
| Firm | BREMER WHYTE BROWN & O'MEARA LLP |
| Address | 8950 South 52nd Street |
| | Suite 201 |
| | Tempe, AZ  85284 |
| Telephone | (602) 274-1204 |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Dora Uriarte

    Plaintiff,

    vs.

Costco Wholesale Corporation

    Defendant.

**Case No.**

**Corporate Disclosure Statement**

This Corporate Disclosure Statement is filed on behalf of Costco Wholesale Corporation in compliance with the provisions of: *(check one)*

☑ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

[✓]  No such corporation.

[ ]  Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

[ ]  _____ Relationship _____

Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____ Relationship _____

[ ]  Other(please explain)

_____

_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this  24  day of  July , 2023 .

/s/ John Belanger
_____
Counsel of Record

Certificate of Service:

tslgarizona@gmail.com
Eric W. Schmidt
The Schmidt Law Group, P.C.
10869 N. Scottsdale Rd., Ste. 103-155
Scottsdale Arizona 85254
Attorneys for Plaintiff

By: /s/ DD Waldron

- 2 -