# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dora Uriarte, | |
| Plaintiff, | No. CV 23-01465 PHX CDB |
| v. | **ORDER** |
| Costco Wholesale Corporation, | |
| Defendant. | |

All of the parties have consented to the exercise of magistrate judge jurisdiction over this matter, including the entry of final judgment. Pursuant to the stipulation of the parties ECF No. 30,

**IT IS HEREBY ORDERED that** this matter is **dismissed with prejudice**, with each party to bear their own costs and attorneys' fees

Dated this 25th day of October, 2024.

_____
Camille D. Bibles
United States Magistrate Judge